■ In the Matter of the Arbitration between JUDSON THORNTON et al., Respondents, and ALLSTATE INSURANCE COMPANY, Appellant.—Order and judgment unanimously affirmed, with costs (see *Rochester City School Dist. v Rochester Teachers Assn.*, 41 NY2d 578, 582). (Appeal from order and judgment of Onondaga Supreme Court—arbitration.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.